24-4050

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**JUNIOR SPORTS MAGAZINE, INC., et al.,**

                Plaintiffs and Appellants,

    v.

**ROB BONTA, in his official capacity as Attorney General of the State of California**

                Defendant and Appellee.

---

On Appeal from the United States District Court
for the Central District of California

No. 2:22-cv-04663-CAS-JC
Christina A. Snyder, Judge

**DEFENDANT-APPELLEE'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS-APPELLANTS' MOTION TO QUALIFY AS A COMEBACK CASE AND ASSIGN APPEAL TO PRIOR PANEL**

| | |
|---|---|
| ROB BONTA | GABRIELLE D. BOUTIN |
| Attorney General of California | Deputy Attorney General |
| THOMAS S. PATTERSON | State Bar No. 267308 |
| Senior Assistant Attorney General | 1300 I Street, Suite 125 |
| ANTHONY R. HAKL | P.O. Box 944255 |
| Supervising Deputy Attorney General | Sacramento, CA 94244-2550 |
| | Telephone: (916) 210-6053 |
| | Fax: (916) 324-8835 |
| | Email: Gabrielle.Boutin@doj.ca.gov |
| | *Attorneys for Defendant and Appellee* |

Defendant-Appellee Attorney General Rob Bonta, in his official capacity, respectfully notifies the Court that he does not oppose Plaintiffs-Appellants' Motion to Qualify as a Comeback Case and Assign Appeal to Prior Panel.

Dated: July 17, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendant and Appellee*