**FILED**

DEC 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC.; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant - Appellee. | No. 24-4050 <br><br> D.C. No. 2:22-cv-04663-CAS-JC <br> Central District of California, Los Angeles <br><br> ORDER |

Before: N.R. SMITH, LEE, and VANDYKE, Circuit Judges.

Appellants did not "move first in the district court" for a preliminary injunction pending the appeal. *See* FED. R. APP. P. 8(a)(1). Therefore, Appellants' motion for an injunction pending appeal, **Dkt. 5,** is **DENIED**.